Being convinced that the evidence supports the verdict, the judgment is affirmed.

## Candido RANGEL v. STATE.
### No. 25884.

Court of Criminal Appeals of Texas.
May 21, 1952.

No attorney for appellant.

George P. Blackburn, State's Atty.; Austin, for the State.

MORRISON, Judge.

The offense is seduction; the punishment, two years' confinement in the penitentiary.

Accompanying the record is an affidavit in proper form, executed by appellant, requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.